ORIGINAL

FILED

09/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422



SEP 07 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF LORI
M. DAVLIN

O R D E R

Lori M. Davlin has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Davlin's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Davlin passed the MPRE in 2013 when seeking admission to the practice of law in Texas. Davlin was admitted to the State Bar of Texas in 2013 and is in good standing. The petition states that Davlin has practiced since 2013 "without any ethical or disciplinary issues." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Lori M. Davlin to waive the three-year test requirement for the MPRE for purposes of Davlin's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this ___ day of September, 2021.

_____
Chief Justice

_____

_(signatures)_

Justices

2